# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOBLEWOOD IP LLC, *Plaintiff*, v. EVERYDAY HEALTH, INC. et al., *Defendant.* | CASE NO. 1:22-cv-00269-VAC-SRF **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Noblewood IP LLC ("Noblewood") and Defendants Everyday Health, Inc. and Ziff Davis, Inc. ("Defendants"), stipulate, upon approval of this court, to the dismissal with prejudice, of all claims by Plaintiff Noblewood IP LLC against Defendants Everyday Health, Inc. and Ziff Davis, Inc. and all counterclaims by Defendants against Plaintiff without prejudice, Each party shall bear its own costs, expenses, and attorney's fees.

Dated: July 19, 2022               Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

OF COUNSEL:
Harper Batts
Chris Ponder
SHEPPARD MULLIN

*/s/ Jimmy Chong*
Jimmy Chong. Esq. (#4839)
Chong Law Firm PA
2961 Centerville Rd. Ste. 350
Wilmington, DE 19808
Telephone (302)999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

KIRK. J. ANDERSON (CA SBN 289043)
Attorney *pro hac vice*
kanderson@budolaw.com
BUDO LAW P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002

1540 El Camino Real, Ste 120  (720) 225-9440 (Phone)
Menlo Park, CA 94025-4111  (720) 225-9331 (Fax)
(650) 815-2676

*Attorney(s) for Noblewood IP LLC*

Attorneys for Defendants

**IT IS SO ORDERED this 19th day of July 2022.**

_____
The Honorable Maryellen Noreika
United States District Judge